IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| WP Steel Venture LLC, et al., | Case No.: 12-11661 (KFC) |
| *Debtors.* | |
| RG Steel Sparrows Point LLC, Debtor in Possession, | Adv. No. 13-50026 (KJC) |
| Plaintiff, | |
| vs. | |
| Central Maintenance Corp., | |
| Defendant. | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with the Court's Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total In Controversy Less Than or Equal to $75,000 Brought By RG Steel Sparrows Point, LLC, Debtor In Possession, RG Steel Warren, LLC, Debtor in Possession, and RG Steel Wheeling, LLC, Debtor in Possession Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code dated April 3, 2013, the undersigned was appointed mediator in the captioned action.  The mediation session was conducted on September 17, 2013 at the offices of Gellert, Scali, Busekenll & Brown LLC, 913 North Market Street, 10th Floor, Wilmington, DE 19801.  The Plaintiff was represented by Brigette McGrath, Esq. and the Defendant was represented by Eli Robbins, Esq.

The mediation was resolved in the following manner:  The parties reached a settlement.

Dated:  New York, New York
September 24, 2013

                RUBIN LLC

                By: */s/ Paul A. Rubin*
                Paul A. Rubin
                345 Seventh Avenue, 21st Floor
                New York, New York 10001
                Telephone:  212.390.8054
                Facsimile:  212.390.8064
                Email: prubin@rubinlawllc.com