## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WP Steel Venture LLC, <u>et al.</u>,[1]<br><br>                           Debtors. | Chapter 11<br><br>Case No. 12-11661 (KJC)<br><br>(Jointly Administered) |
| RG Steel Sparrows Point, LLC, Debtor in Possession,<br><br>                           Plaintiff,<br><br>v.<br><br>Defendants Listed Below,<br><br>                         Defendants. | **STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTIONS ASSIGNED TO THE HONORABLE KEVIN J. CAREY** |

| Defendant Name | Adversary Number |
|---|---|
| A. B. Filicko, Inc. | 13-50019 |
| A.S. & L. Industrial Services, Inc. dba Adey Sanchez & Lewis | 13-50017 |
| A2Z Environmental Group, LLC | 13-50291 |
| Acme Industrial, Inc. | 13-50032 |
| Alcan Primary Products Company LLC dba Alcan Ingot Products Corp. | 13-50006 |
| Alloys & Coke Co., Inc. | 13-50793 |
| AMEPA America, Inc. | 13-50007 |
| Applied Industrial Technologies, Inc. | 13-50795 |
| Aras Company, Inc. | 13-50073 |
| Arm Enertech Associates, LLC fka Ener-Tech Associates, Inc. | 13-50056 |
| ARM Group, Inc. | 13-50079 |
| Asgco Mfg., Inc. | 13-50083 |
| ASI System Integration, Inc. | 13-50088 |
| Associated Steel Company, Inc. dba North American Steel Company | 13-50252 |
| Auston Contracting, Inc. | 13-50008 |
| B & T Express, Inc. | 13-50018 |
| Back River Transport | 13-50095 |
| Baltimore Gas and Electric Company | 13-50274 |

---

[1]  If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses:
   (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC
   (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and
   (viii) RG Steel Wheeling Steel Group, LLC (9927).   The Debtors' executive address is 1430 Sparrows Point Boulevard,
   Sparrows Point, MD 21219.

| | |
|---|---|
| Baltimore Scrap Corp. | 13-50099 |
| Berenato & White, LLC fka Berenato, White & Stavish, LLC | 13-50794 |
| Berg Bros. Recycling, Inc. dba Berg Recycling, Inc. | 13-50107 |
| BFPE International, Inc. | 13-50009 |
| Biologic International | 13-50124 |
| Boyd Bros. Transportation Inc. | 13-50010 |
| Brammer Standard Company, Inc. | 13-50799 |
| BSP, Inc. | 13-50147 |
| Builders Transportation Co., LLC | 13-50801 |
| Burch Materials Company, Inc. | 13-50021 |
| BWI Sparrows Point, LLC | 13-50022 |
| Cable Enterprises, Inc. and Coordinators, Inc. | 13-50045 |
| Carmeuse Lime, Inc. | 13-50797 |
| Cellco Partnership dba Verizon Wireless | 13-50275 |
| Central Maintenance Corp. | 13-50026 |
| Chrome Deposit Corporation | 13-50798 |
| Clean Venture, Inc. | 13-50013 |
| Consolidated Scrap Resources, Inc. | 13-50276 |
| CPSI Consulting, Inc. fka Innovative Data Processing Consultants, Inc. aka CPSI IT Consulting & Staffing | 13-50800 |
| Crown Security System, Inc. | 13-50231 |
| CRST Logistics, Inc. dba CRST Flatbed, Inc. | 13-50047 |
| CSX Transportation, Inc. | 13-50778 |
| D. Pierce Transportation, Inc. | 13-50805 |
| Diversco, Inc. dba Diversco Integrated Services | 13-50061 |
| Dongbu Metal USA Inc. | 13-50802 |
| Dueco, Inc. | 13-50066 |
| Ease Painting & Construction, Inc. | 13-50030 |
| Eastern Automation Service, LLC | 13-50069 |
| Echelon Service Company | 13-50036 |
| ESM II LP | 13-50808 |
| Garrod Hydraulics, Inc. | 13-50091 |
| GE Betz, Inc. | 13-50096 |
| GE Energy and Industrial Services, Inc. | 13-50100 |
| GeGa Corp. | 13-50237 |
| Geiger Pump and Equipment Company | 13-50102 |
| Gill-Simpson, Inc. | 13-50105 |
| Golden Ocean Management AS | 13-50108 |
| Goodman Services, Inc. | 13-50238 |

| | |
|---|---|
| Gottlieb Inc. | 13-50810 |
| Graybar Electric Company, Inc. | 13-50118 |
| Grayson Mitchell, Inc. | 13-50121 |
| Great American Lines, Inc. | 13-50811 |
| H & K Equipment, Inc. dba H & K Equipment Co., Inc. | 13-50054 |
| Hampton Roads Testing Laboratories, Inc. | 13-50137 |
| Hanover Engineering Associates, Inc. | 13-50240 |
| Harris Camden Terminal Equipment Inc. | 13-50141 |
| Houston Structures, Inc. | 13-50058 |
| Hydratec, Inc. | 13-50241 |
| Imperial Zinc Corp. | 13-50813 |
| Industrial Refrigeration Service, Inc. | 13-50070 |
| Infor Global Solutions (Michigan), Inc. | 13-50814 |
| Innovative Alloy Services, LLC | 13-50071 |
| Integrated Power Services, LLC | 13-50076 |
| ITRCO, L.P. dba ITR, Inc. | 13-50129 |
| J. P. Graham Transport, Inc. | 13-50144 |
| KCI Technologies, Inc. | 13-50149 |
| Kinder Morgan Bulk Terminal, Inc. | 13-50818 |
| Krentzman Metals Corporation | 13-50803 |
| KT-Grant, Inc. | 13-50820 |
| Lacy Foundries, LLC | 13-50171 |
| Lafarge Building Materials, Inc. | 13-50072 |
| Lester Fellows Co. | 13-50077 |
| Liedtka Trucking, Inc. | 13-50078 |
| Lincoln Manufacturing, Inc. | 13-50082 |
| Loveman Steel Corporation | 13-50084 |
| L-S Industries, Inc. | 13-50246 |
| Lyons Industries, Inc. | 13-50086 |
| M.S.S.I., Inc. dba M.S.S.I. Refractory | 13-50116 |
| Magneco/Metrel, Inc. | 13-50780 |
| Mawson & Mawson, Inc. | 13-50823 |
| Metal Services, LLC dba Phoenix Services, LLC | 13-50155 |
| Metal Strategies, Inc. | 13-50830 |
| Metalico Aluminum Recovery, Inc. | 13-50098 |
| Mobile Dredging & Pumping Co. | 13-50249 |
| Mono Ceramics, Inc. | 13-50833 |
| Monumental Supply Company, Inc. | 13-50106 |
| Morris Iron & Steel Co. Inc. | 13-50109 |

| | |
|---|---|
| Motion Industries, Inc. | 13-50111 |
| North American Refractories Company | 13-50090 |
| Northeast Industrial Bolting and Torque, LLC | 13-50093 |
| Oak Mountain Industries, Inc. | 13-50110 |
| Oakes Foundry, Inc. | 13-50785 |
| OCMET, Inc. | 13-50117 |
| P & S Transportation, Inc. | 13-50164 |
| P.C. Campana, Inc. | 13-50817 |
| Paving & Contracting, Etc. Inc. | 13-50254 |
| Peg Hopkins, Inc. dba PHI Environmental Consulting | 13-50804 |
| Pennsylvania Tool Sales & Service, Inc. | 13-50148 |
| Philip R. Walker & Associates, Inc. | 13-50043 |
| Phoenix Process Equipment Co. | 13-50154 |
| Plastech Services, Inc. | 13-50255 |
| Pollock Research & Design, Inc. dba Reading Crane and Engineering Company | 13-50146 |
| Premier Elkhorn Coal Company | 13-50160 |
| Pug's Fuel Service, Inc. | 13-50165 |
| Pump & Power Equipment Corp. | 13-50166 |
| Quality Industrial Contracting, Inc. | 13-50168 |
| Quantum Corporate Funding, Ltd. and Rich Roofing, LLC | 13-50286 |
| Recycling and Treatment Technologies of Baltimore, LLC dba RTT of Baltimore LLC; and Recycling and Treatment Technologies, LLC dba RT of Baltimore LLC | 13-50287 |
| Refractory Service Company, Inc. dba Refractory Services Corp. | 13-50153 |
| Regenergy, Inc. | 13-50156 |
| Riggs Distler & Company, Inc. | 13-50258 |
| Riverside Refractories, Inc. | 13-50173 |
| RMS Omega Technologies Group, Inc. | 13-50175 |
| Ron White's Air Compressor Sales, Inc. dba RWI Industrial aka RWI, Inc. | 13-50176 |
| Severstal Dearborn, LLC dba Severstal North America | 13-50179 |
| Sexton & Peake, Incorporated | 13-50180 |
| Siemens Water Technologies Corp. | 13-50822 |
| Smith Services, Inc. | 13-50181 |
| Southern Insulation, Inc. | 13-50183 |
| Steel Agents, Inc. | 13-50191 |
| Stevens Engineers & Constructors, Inc. fka Stevens Painton Corporation | 13-50190 |
| Swanson Group Ltd. | 13-50194 |

| | |
|---|---|
| Team Industrial Services, Inc. | 13-50197 |
| The Davy Roll Company | 13-50201 |
| The Owl Corporation and Owl Metals, Inc. | 13-50285 |
| Timken Industrial Services, LLC | 13-50279 |
| Titan Industrial Services, Inc. | 13-50204 |
| Transportation Alliance Bank, Inc., AWL Logistics LLC, and AWL Transport, Inc. dba AWL Transportation, Inc. | 13-50268 |
| Tricomm Services Corporation | 13-50210 |
| Tri-State Transfer & Salvage, Inc. | 13-50208 |
| Tryon Trucking, Inc. | 13-50211 |
| Tube City IMS, LLC | 13-50829 |
| Tube City IMS, LLC fka Tube City, LLC | 13-50788 |
| U.S. Transportation Services, Inc. | 13-50216 |
| Union Electric Steel Corporation and The Davy Roll Company, Ltd. | 13-50282 |
| United Bulk Carriers International, Navegacao, Lda - Madeira | 13-50214 |
| United Crane Sales, Inc. fka United Crane & Rigging | 13-50270 |
| United Iron & Metal, LLC. | 13-50271 |
| Upwind Enterprises, LLC dba Spot-A-Pot | 13-50187 |
| Vesuvius U S A Corporation | 13-50790 |
| Watco Mechanical Services, L.L.C. | 13-50220 |
| Weir Hazleton, Inc. | 13-50221 |
| Western Express, Inc. | 13-50222 |
| Wolff Associates, Inc. | 13-50223 |
| Woodings Industrial Corporation | 13-50224 |
| Xtek, Inc. | 13-50809 |
| Xylem Dewatering Solutions, Inc. fdba Godwin Pumps of America, Inc. | 13-50226 |
| York Building Products Co., Inc. | 13-50227 |

## *156 ADVERSARY PROCEEDINGS

Plaintiff files the attached status report providing a status of the above referenced Adversary Actions in preparation for the November 26, 2013 Status Conference.

Dated:  November 19, 2013

                                    GELLERT SCALI BUSENKELL & BROWN, LLC

Delaware Counsel               By:     */s/ Ronald S. Gellert*
                                      Ronald S. Gellert (DE 4259)
                                      Brya M. Keilson (DE 4643)
                                      913 North Market Street, 10th Floor
                                      Wilmington, DE 19801
                                      Telephone: (302) 425-5800
                                      Fax: (302) 425-5814
                                      E-Mail: rgellert@gsbblaw.com

                                      and

Primary Counsel                          Joseph L. Steinfeld, Jr., DC SBN 297101,
(Please Contact Primary Counsel)      MN SBN 0266292, VA SBN 18666
                                      Gary D. Underdahl, MN SBN 0301693
                                      ASK LLP
                                      2600 Eagan Woods Drive, Suite 400
                                      St. Paul, MN   55121
                                      Telephone: (651) 406-9665
                                      Fax: (651) 406-9676
                                      E-Mail: gunderdahl@askllp.com

                                      and

                                      Edward E. Neiger, Esq.
                                        Brigette McGrath, Esq.
                                        ASK LLP
                                      151 West 46th Street, 4th Floor
                                      New York, NY   10036
                                      Telephone: (212) 267-7342
                                      Fax: (212) 918-3427
                                      E-Mail: bmcgrath@askllp.com

                                      *Attorneys for Plaintiffs, RG Steel Sparrows Point,*
                                      *LLC, Debtor in Possession, RG Steel Warren, LLC,*
                                      *Debtor in Possession and RG Steel Wheeling, LLC,*
                                      *Debtor in Possession*

## STATUS "A"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Golden Ocean Management AS | 13-50108 | Defendant is a foreign entity. Plaintiff will pursue proper service accordingly. |
| The Davy Roll Company | 13-50201 | Defendant is a foreign entity. Plaintiff will pursue proper service accordingly. |
| United Bulk Carriers International, Navegacao, Lda - Madeira | 13-50214 | Defendant is a foreign entity. Plaintiff will pursue proper service accordingly. |

* 3 Cases

# STATUS "B"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS "C"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED.   THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Aras Company, Inc. | 13-50073 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Back River Transport | 13-50095 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Berenato & White, LLC fka Berenato, White & Stavish, LLC | 13-50794 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Biologic International | 13-50124 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Clean Venture, Inc. | 13-50013 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Dueco, Inc. | 13-50066 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Echelon Service Company | 13-50036 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Harris Camden Terminal Equipment Inc. | 13-50141 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Imperial Zinc Corp. | 13-50813 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default |

# STATUS "C"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED.   THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:

| | | |
|---|---|---|
| | | Judgment. |
| Lacy Foundries, LLC | 13-50171 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Lincoln Manufacturing, Inc. | 13-50082 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Lyons Industries, Inc. | 13-50086 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Northeast Industrial Bolting and Torque, LLC | 13-50093 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Paving & Contracting, Etc. Inc. | 13-50254 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Peg Hopkins, Inc. dba PHI Environmental Consulting | 13-50804 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Phoenix Process Equipment Co. | 13-50154 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Tri-State Transfer & Salvage, Inc. | 13-50208 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Upwind Enterprises, LLC dba Spot-A-Pot | 13-50187 | Service is complete and no answer has been filed. Plaintiff will be filling a |

# STATUS "C"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED.  THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:

|  |  |  |
|---|---|---|
|  |  | Request for Default Judgment. |
| Weir Hazleton, Inc. | 13-50221 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |
| Wolff Associates, Inc. | 13-50223 | Service is complete and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |

\* 20 Cases

# STATUS "D"
## PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENTS EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:

| Defendant's Name | Adversary Number | Status |
| --- | --- | --- |
| Carmeuse Lime, Inc. | 13-50797 | Plaintiff will file a dismissal of the adversary proceeding. |
| Motion Industries, Inc. | 13-50111 | Plaintiff will file a dismissal of the adversary proceeding. |
| Sexton & Peake, Incorporated | 13-50180 | Plaintiff will file a dismissal of the adversary proceeding. |

* 3 Cases

## STATUS "E"
### PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Alcan Primary Products Company LLC dba Alcan Ingot Products Corp. | 13-50006 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Berg Bros. Recycling, Inc. dba Berg Recycling, Inc. | 13-50107 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| BFPE International, Inc. | 13-50009 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Boyd Bros. Transportation Inc. | 13-50010 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Brammer Standard Company, Inc. | 13-50799 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| BSP, Inc. | 13-50147 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Central Maintenance Corp. | 13-50026 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Consolidated Scrap Resources, Inc. | 13-50276 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| D. Pierce Transportation, Inc. | 13-50805 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary |

### STATUS "E"
### PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| | | |
|---|---|---|
| | | proceeding upon receipt of the settlement funds. |
| Ease Painting & Construction, Inc. | 13-50030 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| GeGa Corp. | 13-50237 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Great American Lines, Inc. | 13-50811 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Integrated Power Services, LLC | 13-50076 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Loveman Steel Corporation | 13-50084 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| L-S Industries, Inc. | 13-50246 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| M.S.S.I., Inc. dba M.S.S.I. Refractory | 13-50116 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Oakes Foundry, Inc. | 13-50785 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Philip R. Walker & Associates, Inc. | 13-50043 | Adversary Proceeding has been settled. Plaintiff will file |

## STATUS "E"
### PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

|  |  | a dismissal of the adversary proceeding upon receipt of the settlement funds. |
|---|---|---|
| Plastech Services, Inc. | 13-50255 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Regenergy, Inc. | 13-50156 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |
| Ron White's Air Compressor Sales, Inc. dba RWI Industrial aka RWI, Inc. | 13-50176 | Adversary Proceeding has been settled. Plaintiff will file a dismissal of the adversary proceeding upon receipt of the settlement funds. |

* 21 Cases

## STATUS "F"

### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| A. B. Filicko, Inc. | 13-50019 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| A.S. & L. Industrial Services, Inc. dba Adey Sanchez & Lewis | 13-50017 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| A2Z Environmental Group, LLC | 13-50291 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Acme Industrial, Inc. | 13-50032 | Defendant has filed an answer to Plaintiff's complaint. Mediation was unsuccessful as defendant did not appear, discovery to be commenced pursuant to the Procedures Order. |
| Alloys & Coke Co., Inc. | 13-50793 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| AMEPA America, Inc. | 13-50007 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Applied Industrial Technologies, Inc. | 13-50795 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Arm Enertech Associates, LLC fka Ener-Tech Associates, Inc. | 13-50056 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |

| | | |
|---|---|---|
| ARM Group, Inc. | 13-50079 | Defendant has filed an answer to Plaintiff's complaint. Mediation was unsuccessful as defendant did not appear, discovery to be commenced pursuant to the Procedures Order. |
| Asgco Mfg., Inc. | 13-50083 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| ASI System Integration, Inc. | 13-50088 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Associated Steel Company, Inc. dba North American Steel Company | 13-50252 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Auston Contracting, Inc. | 13-50008 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| B & T Express, Inc. | 13-50018 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Baltimore Gas and Electric Company | 13-50274 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Baltimore Scrap Corp. | 13-50099 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Builders Transportation Co., LLC | 13-50801 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |

| | | |
|---|---|---|
| Burch Materials Company, Inc. | 13-50021 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| BWI Sparrows Point, LLC | 13-50022 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Cable Enterprises, Inc. and Coordinators, Inc. | 13-50045 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Cellco Partnership dba Verizon Wireless | 13-50275 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Chrome Deposit Corporation | 13-50798 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| CPSI Consulting, Inc. fka Innovative Data Processing Consultants, Inc. aka CPSI IT Consulting & Staffing | 13-50800 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Crown Security System, Inc. | 13-50231 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| CRST Logistics, Inc. dba CRST Flatbed, Inc. | 13-50047 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| CSX Transportation, Inc. | 13-50778 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Diversco, Inc. dba Diversco Integrated Services | 13-50061 | Defendant has filed an answer to Plaintiff's |

| | | |
|---|---|---|
| | | complaint. Discovery has commenced. Mediation to be scheduled. |
| Dongbu Metal USA Inc. | 13-50802 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Eastern Automation Service, LLC | 13-50069 | Defendant has filed an answer to Plaintiff's complaint. Mediation to be scheduled. |
| ESM II LP | 13-50808 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Garrod Hydraulics, Inc. | 13-50091 | Defendant has filed an answer to Plaintiff's complaint. Mediation was unsuccessful as defendant did not appear, discovery to be commenced pursuant to the Procedures Order. |
| GE Betz, Inc. | 13-50096 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Geiger Pump and Equipment Company | 13-50102 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Gill-Simpson, Inc. | 13-50105 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Goodman Services, Inc. | 13-50238 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Gottlieb Inc. | 13-50810 | Defendant has filed an answer to Plaintiff's complaint. Discovery has |

| | | |
|---|---|---|
| | | commenced. Mediation to be scheduled. |
| Graybar Electric Company, Inc. | 13-50118 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Grayson Mitchell, Inc. | 13-50121 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| H & K Equipment, Inc. dba H & K Equipment Co., Inc. | 13-50054 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Hampton Roads Testing Laboratories, Inc. | 13-50137 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Hanover Engineering Associates, Inc. | 13-50240 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Houston Structures, Inc. | 13-50058 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Hydratec, Inc. | 13-50241 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Industrial Refrigeration Service, Inc. | 13-50070 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Infor Global Solutions (Michigan), Inc. | 13-50814 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |

| | | |
|---|---|---|
| Innovative Alloy Services, LLC | 13-50071 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| ITRCO, L.P. dba ITR, Inc. | 13-50129 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| J. P. Graham Transport, Inc. | 13-50144 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| KCI Technologies, Inc. | 13-50149 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Kinder Morgan Bulk Terminal, Inc. | 13-50818 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Krentzman Metals Corporation | 13-50803 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| KT-Grant, Inc. | 13-50820 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Lafarge Building Materials, Inc. | 13-50072 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Lester Fellows Co. | 13-50077 | Defendant has filed an answer to Plaintiff's complaint. Mediation to be scheduled. |
| Liedtka Trucking, Inc. | 13-50078 | Defendant has filed an answer to Plaintiff's complaint. Discovery has |

| | | |
|---|---|---|
| | | commenced. Mediation to be scheduled. |
| Magneco/Metrel, Inc. | 13-50780 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Mawson & Mawson, Inc. | 13-50823 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Metal Services, LLC dba Phoenix Services, LLC | 13-50155 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Metal Strategies, Inc. | 13-50830 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Metalico Aluminum Recovery, Inc. | 13-50098 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Mobile Dredging & Pumping Co. | 13-50249 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Mono Ceramics, Inc. | 13-50833 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Monumental Supply Company, Inc. | 13-50106 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Morris Iron & Steel Co. Inc. | 13-50109 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |

| | | |
|---|---|---|
| North American Refractories Company | 13-50090 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Oak Mountain Industries, Inc. | 13-50110 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| OCMET, Inc. | 13-50117 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| P & S Transportation, Inc. | 13-50164 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| P.C. Campana, Inc. | 13-50817 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Pennsylvania Tool Sales & Service, Inc. | 13-50148 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Premier Elkhorn Coal Company | 13-50160 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Pug's Fuel Service, Inc. | 13-50165 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Pump & Power Equipment Corp. | 13-50166 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Quality Industrial Contracting, Inc. | 13-50168 | Defendant has filed an answer to Plaintiff's |

| | | complaint. Discovery has commenced. Mediation to be scheduled. |
|---|---|---|
| Quantum Corporate Funding, Ltd. and Rich Roofing, LLC | 13-50286 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Refractory Service Company, Inc. dba Refractory Services Corp. | 13-50153 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Riggs Distler & Company, Inc. | 13-50258 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Riverside Refractories, Inc. | 13-50173 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Severstal Dearborn, LLC dba Severstal North America | 13-50179 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Siemens Water Technologies Corp. | 13-50822 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Smith Services, Inc. | 13-50181 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Southern Insulation, Inc. | 13-50183 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Steel Agents, Inc. | 13-50191 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to |

| | | be scheduled. |
|---|---|---|
| Stevens Engineers & Constructors, Inc. fka Stevens Painton Corporation | 13-50190 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Team Industrial Services, Inc. | 13-50197 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| The Owl Corporation and Owl Metals, Inc. | 13-50285 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Timken Industrial Services, LLC | 13-50279 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Titan Industrial Services, Inc. | 13-50204 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Transportation Alliance Bank, Inc., AWL Logistics LLC, and AWL Transport, Inc. dba AWL Transportation, Inc. | 13-50268 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Tricomm Services Corporation | 13-50210 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Tryon Trucking, Inc. | 13-50211 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Tube City IMS, LLC | 13-50829 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Tube City IMS, LLC fka Tube City, LLC | 13-50788 | Defendant has filed an |

| | | answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
|---|---|---|
| U.S. Transportation Services, Inc. | 13-50216 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Union Electric Steel Corporation and The Davy Roll Company, Ltd. | 13-50282 | Defendant has filed an answer to Plaintiff's complaint. Mediation was unsuccessful as defendant did not appear, discovery to be commenced pursuant to the Procedures Order. |
| United Crane Sales, Inc. fka United Crane & Rigging | 13-50270 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| United Iron & Metal, LLC. | 13-50271 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Vesuvius U S A Corporation | 13-50790 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Watco Mechanical Services, L.L.C. | 13-50220 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Western Express, Inc. | 13-50222 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Woodings Industrial Corporation | 13-50224 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| Xtek, Inc. | 13-50809 | Defendant has filed an |

| | | answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
|---|---|---|
| Xylem Dewatering Solutions, Inc. fdba Godwin Pumps of America, Inc. | 13-50226 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |
| York Building Products Co., Inc. | 13-50227 | Defendant has filed an answer to Plaintiff's complaint. Discovery has commenced. Mediation to be scheduled. |

* 104 Cases

## STATUS "G"
### CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |
| GE Energy and Industrial Services, Inc. | 13-50100 | Adversary proceeding has been scheduled for mediation. |
| Pollock Research & Design, Inc. dba Reading Crane and Engineering Company | 13-50146 | Adversary proceeding has been scheduled for mediation. |
| Recycling and Treatment Technologies of Baltimore, LLC dba RTT of Baltimore LLC; and Recycling and Treatment Technologies, LLC dba RT of Baltimore LLC | 13-50287 | Adversary proceeding has been scheduled for mediation. |
| RMS Omega Technologies Group, Inc. | 13-50175 | Adversary proceeding has been scheduled for mediation. |
| Swanson Group Ltd. | 13-50194 | Adversary proceeding has been scheduled for mediation. |

* 5 Cases

# STATUS "H"
## CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None

# STATUS "I"
## CONTESTED PREFERENCE ACTIONS WHERE DISPOSITVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

* None

# STATUS "J"

## CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION / SUGGESTION OF BANKRUPTCY FILED OR REQUIRED

| Defendant Name | Adversary Number | Status |
|---|---|---|

# STATUS "K"
## CASES IN WHICH AN APPEAL IS PENDING

| Defendant Name | Adversary Number | Status |
|---|---|---|
| | | |

*None