**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| WP Steel Venture LLC, et al[1]., | : | Case No. 12-11661 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------x
| | | |
|---|---|---|
| RG Steel Sparrows Point, LLC, Debtor in | : | |
| Possession, | : | |
| Plaintiff, | : | Adv. No.: See Exhibit "A" |
| v. | : | |
| | : | |
| Defendants Listed on Exhibit "A" Attached | : | |
| Hereto. | : | |

-----------------------------------------------------x
| | | |
|---|---|---|
| RG Steel Warren, LLC, Debtor in | : | |
| Possession, | : | |
| Plaintiff, | : | Adv. No.: See Exhibit "B" |
| v. | : | |
| | : | |
| Defendants Listed on Exhibit "B" Attached | : | |
| Hereto. | : | |

-----------------------------------------------------x
| | | |
|---|---|---|
| RG Steel Wheeling, LLC, Debtor in | : | |
| Possession, | : | |
| Plaintiff, | : | Adv. No.: See Exhibit "C" |
| v. | : | |
| | : | |
| Defendants Listed on Exhibit "C" Attached | : | |
| Hereto. | : | |

-----------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 26, 2013 AT 10:00 A.M. (EASTERN TIME)[2]

**ADJOURNED/RESOLVED MATTERS**

1.   Motion of Ohio Power Company d/b/a American Electric Power for Allowance and Payment of Administrative Expenses (D.I. 2535, Filed 2/11/13).

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927). The Debtors' mailing address is PO Box 1847, Bel Air, MD 21014.

[2] The hearing will be held before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware.  As permitted by applicable rules and orders, parties attending telephonically are required to make arrangements through CourtCall by telephone at 866-582-6878 or by facsimile at 866-533-2946 by no later than 12:00 p.m. (ET) on November 25, 2013.

Objection Deadline:  March 6, 2013 at 4:00 p.m. (ET).  Extended to December 31, 2013 at 4:00 p.m. (ET) for the Debtors.

Response Received:  None.

Related Pleadings:  None.

Status: The hearing on this matter has been adjourned to the hearing scheduled for January 7, 2014 at 10:00 a.m. (ET).

2.    Omnibus Notice of Rejection of Executory Contracts and/or Unexpired Leases of Nonresidential Real Property (D.I. 3296, Filed 9/27/13).

Objection Deadline:  October 11, 2013 at 4:00 p.m. (ET).

Response Received:

(a)    Limited Objection of Baltimore County, Maryland to Rejection of Sparrows Point Lease (D.I. 3342, filed 10/11/13); and

(b)    Objection of Metalmart, Inc. to Omnibus Notice of Rejection of Executory Contracts and/or Unexpired Leases of Nonresidential Real Property (D.I. 3350, Filed 10/15/13).

Related Pleadings:

(a)    Notice of Withdrawal (D.I. 3356, Filed 10/16/13).

Status: This matter is resolved.  The objection at D.I. 3342 states that the objection is only to the extent that the Debtors are seeking to alter the sale order at D.I. 909 or any rights Baltimore County may have under section 365(h) of the Bankruptcy Code.  The Debtors have confirmed for Baltimore County that the rejection notice does not do either.  Accordingly, Baltimore County has indicated that its objection is resolved and the rejection of the applicable lease agreement effective of September 27, 2013.

**STATUS CONFERENCE**

3.    Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2582, Filed 2/22/13).

Objection Deadline:   April 2, 2013 at 4:00 p.m. (ET), extended for the Debtors until April 3, 2013 at 4:00 p.m. (ET).

Responses Received:

(a)    Response of Wells Fargo Capital Finance LLC to the Motion of the Official Committee of Unsecured Creditors for Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2798, Filed 3/29/13);

(b)    Opposition of Vincent J. Goodwin to the Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2813, Filed 4/2/13);

(c)    Objection of The Renco Group, Inc. and Ira L. Rennert to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D. I. 2814, Filed 4/2/13);

(d)    Response of Cerberus Business Finance, LLC, as Agent on Behalf of Itself and the Second Lien Lenders, to the Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2816, Filed 4/2/13);

(e)    Debtors' Limited Preliminary Response to the Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2822, Filed 4/3/13); and

(f)    Response of The Renco Group Inc. and Ira L. Rennert to Citation of Subsequent Authority Filed by the Official Committee of Unsecured Creditors in Connection with its (A) Motion for Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates, and (B) Complaint for Declaratory Judgment (D.I. 3361, Filed 10/18/13).

<u>Related Documents</u>:

(a)    Notice of Hearing on Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2595, Filed 2/26/13);

(b)    Re-Notice of Hearing on Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2682, Filed 3/7/13);

(c)     Declaration of Michael C. Ryan in Support of The Renco Group, Inc.'s and Ira L. Rennert's Objection to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2815, Filed 4/2/13);

(d)     Re-Notice of Hearing on Motion of the Official Committee of Unsecured Creditors of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2841, Filed 4/15/13);

(e)     Omnibus Reply of the Official Committee of Unsecured Creditors in Support of its Motion Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2952, Filed 5/24/13);

(f)     Motion of the Official Committee of Unsecured Creditors for Leave to Exceed Page Limitation for its Omnibus Reply in Support of its Motion Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2953, Filed 5/24/13);

(g)     The Official Committee of Unsecured Creditors' Motion for Expedited Consideration of its Motion for Leave to Exceed Page Limitation for its Omnibus Reply in Support of its Motion Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates (D.I. 2954, Filed 5/24/13);

(h)     Citation of Subsequent Authority Filed by the Official Committee of Unsecured Creditors in Connection with its (A) Motion for Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates, and (B) Complaint for Declaratory Judgment (D.I. 3343, Filed 10/11/13); and

(i)     Citation of Subsequent Authority Filed by the Official Committee of Unsecured Creditors in Connection with its (A) Motion for Leave, Standing, and Authority to Commence, Prosecute, and Settle Certain Claims on Behalf of the Debtors' Estates, and (B) Complaint for Declaratory Judgment (D.I. 3344, Filed 10/11/13).

Status:  The status conference will go forward.

4.     *Official Committee of Unsecured Creditors v. Cerberus Business Finance, LLC; Adv. Case No. 13-50918 (KJC)*: The Official Committee of Unsecured Creditors' (A) Request for Court to Hold Initial Pretrial Conference at Hearing on July 10, 2013 at 10 A.M. and (B) Certification of Counsel Regarding The Committee's Unilateral Scheduling Order (A.D.I. 12, Filed 7/8/13).

<u>Status</u>: The status conference will go forward.

5.      Preference Plaintiffs RG Steel Sparrows Point, LLC, Debtor in Possession, RG Steel Wheeling, LLC, Debtor in Possession, and RG Steel Warren, LLC, Debtor in Possession Avoidance Action Status Report for the November 26, 2013 Status Conference.

<u>Objection Deadline</u>: N/A

<u>Response Received</u>: N/A

<u>Related Pleadings</u>:

(a)      Status Report of Plaintiff RG Steel Sparrows Point, LLC, Debtor in Possession (D.I. 3423, Filed 11/19/13);

(b)      Status Report of Plaintiff RG Steel Warren, LLC, Debtor in Possession (D.I. 3422, Filed 11/19/13); and

(c)      Status Report of Plaintiff RG Steel Wheeling, LLC, Debtor in Possession (D.I. 3421, Filed 11/19/13).

<u>Status</u>: The status conference will go forward.

## FEE APPLICATIONS

6.      Fifth Quarterly Fee Applications.

<u>Related Pleading</u>: See "Exhibit D."

<u>Objection Deadline</u>: N/A.

<u>Responses Received</u>: None.

<u>Status</u>: The fee hearing will go forward.

Date: November 21, 2013                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                           _____*/s/ Erin R. Fay*_____
                                           Robert J. Dehney (No. 3578)
                                           Gregory W. Werkheiser (No. 3553)
                                           Erin R. Fay (No. 5268)
                                           1201 North Market Street
                                           Wilmington, DE 19899-1347
                                           (302) 658-9200
                                           rdehney@mnat.com
                                           gwerkheiser@mnat.com
                                           efay@mnat.com

                                           -and-

                                           WILLKIE FARR & GALLAGHER LLP
                                           Matthew A. Feldman
                                           Shaunna D. Jones
                                           Andrew D. Sorkin
                                           787 Seventh Avenue
                                           New York, New York 10019
                                           (212) 728-8000
                                           mfeldman@willkie.com
                                           sjones@willkie.com
                                           asorkin@willkie.com

                                           *Co-Counsel to the Debtors and Debtors in
                                           Possession*

                                           -and-

                                           GELLERT SCALI BUSENKELL & BROWN,
                                           LLC

Delaware Counsel:                          _____*/s/ Ronald S. Gellert*_____
                                           Ronald S. Gellert (DE 4259)
                                           Brya M. Keilson (DE 4643)
                                           913 North Market Street, 10th Floor
                                           Wilmington, DE 19801
                                           (302) 425-5800
                                           Fax: (302) 425-5814
                                           E-Mail: rgellert@gsbblaw.com

                                           -and-

Primary Counsel
(Please Contact Primary Counsel)           Joseph L. Steinfeld, Jr., DC SBN 297101,
                                           MN SBN 0266292, VA SBN 18666
                                           Gary D. Underdahl, MN SBN 0301693

ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
(651) 406-9665 ext. 857
Fax:(651) 406-9676
E-Mail: gunderdahl@askllp.com

-and-

Edward E. Neiger, Esq.
Brigette G. McGrath, Esq.
ASK LLP
151 West 46th Street, 4th Fl.
New York, NY 10036
(212) 267-7342
Fax: (212) 918-3427

*Attorneys for Plaintiff, RG Steel Sparrows Point,
LLC, Debtor in Possession, RG Steel Warren, LLC,
Debtor in Possession and RG Steel Wheeling, LLC,
Debtor in Possession*

# EXHIBIT "A"

| Defendant Name | Adversary Number |
|---|---|
| A. B. Filicko, Inc. | 13-50019 |
| A.S. & L. Industrial Services, Inc. dba Adey Sanchez & Lewis | 13-50017 |
| A2Z Environmental Group, LLC | 13-50291 |
| Acme Industrial, Inc. | 13-50032 |
| Alcan Primary Products Company LLC dba Alcan Ingot Products Corp. | 13-50006 |
| Alloys & Coke Co., Inc. | 13-50793 |
| AMEPA America, Inc. | 13-50007 |
| Applied Industrial Technologies, Inc. | 13-50795 |
| Aras Company, Inc. | 13-50073 |
| Arm Enertech Associates, LLC fka Ener-Tech Associates, Inc. | 13-50056 |
| ARM Group, Inc. | 13-50079 |
| Asgco Mfg., Inc. | 13-50083 |
| ASI System Integration, Inc. | 13-50088 |
| Associated Steel Company, Inc. dba North American Steel Company | 13-50252 |
| Auston Contracting, Inc. | 13-50008 |
| B & T Express, Inc. | 13-50018 |
| Back River Transport | 13-50095 |
| Baltimore Gas and Electric Company | 13-50274 |
| Baltimore Scrap Corp. | 13-50099 |
| Berenato & White, LLC fka Berenato, White & Stavish, LLC | 13-50794 |
| Berg Bros. Recycling, Inc. dba Berg Recycling, Inc. | 13-50107 |
| BFPE International, Inc. | 13-50009 |
| Biologic International | 13-50124 |
| Boyd Bros. Transportation Inc. | 13-50010 |
| Brammer Standard Company, Inc. | 13-50799 |
| BSP, Inc. | 13-50147 |
| Builders Transportation Co., LLC | 13-50801 |
| Burch Materials Company, Inc. | 13-50021 |
| BWI Sparrows Point, LLC | 13-50022 |
| Cable Enterprises, Inc. and Coordinators, Inc. | 13-50045 |
| Carmeuse Lime, Inc. | 13-50797 |
| Cellco Partnership dba Verizon Wireless | 13-50275 |
| Central Maintenance Corp. | 13-50026 |
| Chrome Deposit Corporation | 13-50798 |
| Clean Venture, Inc. | 13-50013 |
| Consolidated Scrap Resources, Inc. | 13-50276 |
| CPSI Consulting, Inc. fka Innovative Data Processing Consultants, Inc. aka CPSI IT Consulting & Staffing | 13-50800 |

| | |
|---|---|
| Crown Security System, Inc. | 13-50231 |
| CRST Logistics, Inc. dba CRST Flatbed, Inc. | 13-50047 |
| CSX Transportation, Inc. | 13-50778 |
| D. Pierce Transportation, Inc. | 13-50805 |
| Diversco, Inc. dba Diversco Integrated Services | 13-50061 |
| Dongbu Metal USA Inc. | 13-50802 |
| Dueco, Inc. | 13-50066 |
| Ease Painting & Construction, Inc. | 13-50030 |
| Eastern Automation Service, LLC | 13-50069 |
| Echelon Service Company | 13-50036 |
| ESM II LP | 13-50808 |
| Garrod Hydraulics, Inc. | 13-50091 |
| GE Betz, Inc. | 13-50096 |
| GE Energy and Industrial Services, Inc. | 13-50100 |
| GeGa Corp. | 13-50237 |
| Geiger Pump and Equipment Company | 13-50102 |
| Gill-Simpson, Inc. | 13-50105 |
| Golden Ocean Management AS | 13-50108 |
| Goodman Services, Inc. | 13-50238 |
| Gottlieb Inc. | 13-50810 |
| Graybar Electric Company, Inc. | 13-50118 |
| Grayson Mitchell, Inc. | 13-50121 |
| Great American Lines, Inc. | 13-50811 |
| H & K Equipment, Inc. dba H & K Equipment Co., Inc. | 13-50054 |
| Hampton Roads Testing Laboratories, Inc. | 13-50137 |
| Hanover Engineering Associates, Inc. | 13-50240 |
| Harris Camden Terminal Equipment Inc. | 13-50141 |
| Houston Structures, Inc. | 13-50058 |
| Hydratec, Inc. | 13-50241 |
| Imperial Zinc Corp. | 13-50813 |
| Industrial Refrigeration Service, Inc. | 13-50070 |
| Infor Global Solutions (Michigan), Inc. | 13-50814 |
| Innovative Alloy Services, LLC | 13-50071 |
| Integrated Power Services, LLC | 13-50076 |
| ITRCO, L.P. dba ITR, Inc. | 13-50129 |
| J. P. Graham Transport, Inc. | 13-50144 |
| KCI Technologies, Inc. | 13-50149 |
| Kinder Morgan Bulk Terminal, Inc. | 13-50818 |
| Krentzman Metals Corporation | 13-50803 |

| | |
|---|---|
| KT-Grant, Inc. | 13-50820 |
| Lacy Foundries, LLC | 13-50171 |
| Lafarge Building Materials, Inc. | 13-50072 |
| Lester Fellows Co. | 13-50077 |
| Liedtka Trucking, Inc. | 13-50078 |
| Lincoln Manufacturing, Inc. | 13-50082 |
| Loveman Steel Corporation | 13-50084 |
| L-S Industries, Inc. | 13-50246 |
| Lyons Industries, Inc. | 13-50086 |
| M.S.S.I., Inc. dba M.S.S.I. Refractory | 13-50116 |
| Magneco/Metrel, Inc. | 13-50780 |
| Mawson & Mawson, Inc. | 13-50823 |
| Metal Services, LLC dba Phoenix Services, LLC | 13-50155 |
| Metal Strategies, Inc. | 13-50830 |
| Metalico Aluminum Recovery, Inc. | 13-50098 |
| Mobile Dredging & Pumping Co. | 13-50249 |
| Mono Ceramics, Inc. | 13-50833 |
| Monumental Supply Company, Inc. | 13-50106 |
| Morris Iron & Steel Co. Inc. | 13-50109 |
| Motion Industries, Inc. | 13-50111 |
| North American Refractories Company | 13-50090 |
| Northeast Industrial Bolting and Torque, LLC | 13-50093 |
| Oak Mountain Industries, Inc. | 13-50110 |
| Oakes Foundry, Inc. | 13-50785 |
| OCMET, Inc. | 13-50117 |
| P & S Transportation, Inc. | 13-50164 |
| P.C. Campana, Inc. | 13-50817 |
| Paving & Contracting, Etc. Inc. | 13-50254 |
| Peg Hopkins, Inc. dba PHI Environmental Consulting | 13-50804 |
| Pennsylvania Tool Sales & Service, Inc. | 13-50148 |
| Philip R. Walker & Associates, Inc. | 13-50043 |
| Phoenix Process Equipment Co. | 13-50154 |
| Plastech Services, Inc. | 13-50255 |
| Pollock Research & Design, Inc. dba Reading Crane and Engineering Company | 13-50146 |
| Premier Elkhorn Coal Company | 13-50160 |
| Pug's Fuel Service, Inc. | 13-50165 |
| Pump & Power Equipment Corp. | 13-50166 |
| Quality Industrial Contracting, Inc. | 13-50168 |
| Quantum Corporate Funding, Ltd. and Rich Roofing, LLC | 13-50286 |

| | |
|---|---|
| Recycling and Treatment Technologies of Baltimore, LLC dba RTT of Baltimore LLC; and Recycling and Treatment Technologies, LLC dba RT of Baltimore LLC | 13-50287 |
| Refractory Service Company, Inc. dba Refractory Services Corp. | 13-50153 |
| Regenergy, Inc. | 13-50156 |
| Riggs Distler & Company, Inc. | 13-50258 |
| Riverside Refractories, Inc. | 13-50173 |
| RMS Omega Technologies Group, Inc. | 13-50175 |
| Ron White's Air Compressor Sales, Inc. dba RWI Industrial aka RWI, Inc. | 13-50176 |
| Severstal Dearborn, LLC dba Severstal North America | 13-50179 |
| Sexton & Peake, Incorporated | 13-50180 |
| Siemens Water Technologies Corp. | 13-50822 |
| Smith Services, Inc. | 13-50181 |
| Southern Insulation, Inc. | 13-50183 |
| Steel Agents, Inc. | 13-50191 |
| Stevens Engineers & Constructors, Inc. fka Stevens Painton Corporation | 13-50190 |
| Swanson Group Ltd. | 13-50194 |
| Team Industrial Services, Inc. | 13-50197 |
| The Davy Roll Company | 13-50201 |
| The Owl Corporation and Owl Metals, Inc. | 13-50285 |
| Timken Industrial Services, LLC | 13-50279 |
| Titan Industrial Services, Inc. | 13-50204 |
| Transportation Alliance Bank, Inc., AWL Logistics LLC, and AWL Transport, Inc. dba AWL Transportation, Inc. | 13-50268 |
| Tricomm Services Corporation | 13-50210 |
| Tri-State Transfer & Salvage, Inc. | 13-50208 |
| Tryon Trucking, Inc. | 13-50211 |
| Tube City IMS, LLC | 13-50829 |
| Tube City IMS, LLC fka Tube City, LLC | 13-50788 |
| U.S. Transportation Services, Inc. | 13-50216 |
| Union Electric Steel Corporation and The Davy Roll Company, Ltd. | 13-50282 |
| United Bulk Carriers International, Navegacao, Lda - Madeira | 13-50214 |
| United Crane Sales, Inc. fka United Crane & Rigging | 13-50270 |
| United Iron & Metal, LLC. | 13-50271 |
| Upwind Enterprises, LLC dba Spot-A-Pot | 13-50187 |
| Vesuvius U S A Corporation | 13-50790 |
| Watco Mechanical Services, L.L.C. | 13-50220 |
| Weir Hazleton, Inc. | 13-50221 |
| Western Express, Inc. | 13-50222 |

| Wolff Associates, Inc. | 13-50223 |
|---|---|
| Woodings Industrial Corporation | 13-50224 |
| Xtek, Inc. | 13-50809 |
| Xylem Dewatering Solutions, Inc. fdba Godwin Pumps of America, Inc. | 13-50226 |
| York Building Products Co., Inc. | 13-50227 |

**\*156 ADVERSARY PROCEEDINGS**

# EXHIBIT "B"

| Defendant Name | Adversary Number |
|---|---|
| Affival, Inc. | 13-50743 |
| Air Equipment Rental Corp. | 13-50347 |
| Alloys & Coke Co., Inc. | 13-50746 |
| American Chemical Technologies, Inc. | 13-50360 |
| Automatic Recycling, Inc. | 13-50342 |
| Berry Metal Company | 13-50311 |
| BIMAC, Inc. | 13-50371 |
| Bognar and Company Incorporated | 13-50344 |
| Builders Transportation Co., LLC | 13-50781 |
| Carmeuse Lime, Inc. | 13-50738 |
| CCMA, LLC | 13-50352 |
| Comtech Constructors, Inc. | 13-50315 |
| CR Construction Company | 13-50384 |
| Crown Coal and Coke Company | 13-50386 |
| Custom Stack Analysis, LLC | 13-50316 |
| Dongbu Metal USA Inc. | 13-50749 |
| Dover Hydraulics, Inc. | 13-50391 |
| Duke's Sanitary Service, Inc. | 13-50394 |
| E I Ceramics, LLC | 13-50317 |
| Exochem Corporation | 13-50397 |
| Exodus Industrial, LLC | 13-50398 |
| Felman Trading, Inc. | 13-50401 |
| Galaxie Industrial Services LLC | 13-50319 |
| Gottlieb Inc. | 13-50752 |
| Great American Lines, Inc. | 13-50753 |
| Harsco Corporation; and Harsco Metals Americas, Inc. | 13-50368 |
| Harsco Minerals PA, LLC; and Harsco Corporation | 13-50358 |
| Herman Strauss, Inc. dba Herman Strauss Industries | 13-50740 |
| HNR Transport, Inc. | 13-50415 |
| Imperial Zinc Corp. | 13-50756 |
| International Freight Systems Inc. | 13-50418 |
| J & J Equipment, LLC | 13-50420 |
| Krentzman Metals Corporation | 13-50782 |
| KT-Grant, Inc. | 13-50759 |
| Lafarge North America, Inc. | 13-50424 |
| LHAGS, Inc. dba Truck Electric Service, Inc. | 13-50473 |
| M B Industrial Equipment Corporation | 13-50431 |
| Magneco/Metrel, Inc. | 13-50760 |

| | |
|---|---|
| Main Street Commodities, LLC | 13-50323 |
| McCarl's, Inc. | 13-50324 |
| Metalico Youngstown, Inc. | 13-50432 |
| Monarch Electric Service Company | 13-50436 |
| Navarre Minerals Co. | 13-50439 |
| Nightwine Valves & Actuation, LLC | 13-50441 |
| Ohio Edison Company | 13-50363 |
| Ohio Intra Express, Inc. | 13-50443 |
| Ohio Steel Sheet and Plate, Inc. | 13-50444 |
| Opta Minerals, Inc. dba Rossborough NW 5211 | 13-50456 |
| P.C. Campana, Inc. | 13-50766 |
| Pack Equipment Sales, LLC | 13-50328 |
| Penn-Ohio Electrical Company dba Penn-Ohio Electrical Contractors | 13-50445 |
| PF Technologies, Inc. aka PF Environmental Technologies, Inc. | 13-50329 |
| Pollock Research and Design, Inc. dba Simmers Crane Design & Services Company | 13-50462 |
| R & J Trucking, Inc. | 13-50332 |
| R.J. Corman Derailment Services, LLC | 13-50455 |
| Recycling and Treatment Technologies, LLC | 13-50451 |
| Red Wing Shoes Ohio | 13-50452 |
| Reese Tool & Supply Company | 13-50453 |
| Rentwear, Inc. | 13-50454 |
| Riverside Building & Construction Company dba Cooling Tower Service | 13-50383 |
| S.E.T., Inc. | 13-50460 |
| Samuel Steel Pickling Company | 13-50458 |
| Scrap Dynamics Corp. | 13-50459 |
| Siemens Industry, Inc. | 13-50366 |
| Siemens Water Technologies Corp. | 13-50769 |
| SMS Millcraft, LLC | 13-50787 |
| SMS Siemag LLC | 13-50463 |
| Stemco USA Inc. dba Ferrosource International Inc. | 13-50402 |
| Stevens Engineers & Constructors, Inc. | 13-50465 |
| TCH Industries, Inc. | 13-50466 |
| Tenova Core Inc. | 13-50467 |
| The Interlake Steamship Company | 13-50417 |
| The Lenick Company | 13-50468 |
| The Trillium Corporation of Southwest Florida | 13-50336 |
| Transportation Alliance Bank, Inc. and AWL Transport, Inc. | 13-50369 |
| Transportation Alliance Bank, Inc. and AWL Transport, Inc. dba TLX, and B & T Express | 13-50314 |

| | |
|---|---|
| Tri-State Hydraulics, Inc. | 13-50772 |
| Tube City IMS Corporation and Tube City IMS, LLC | 13-50742 |
| Valves Inc. | 13-50337 |
| Vesuvius U S A Corporation | 13-50773 |
| Vishay Precision Group Canada, ULC dba George Kelk Corporation aka KELK | 13-50750 |
| Warren Fabricating Corporation | 13-50477 |
| Warren Water Pollution Control | 13-50476 |
| Youngstown Service Shop, Inc. | 13-50481 |

**\* 84 ADVERSARY PROCEEDINGS**

# EXHIBIT "C"

| Defendant Name | Adversary Number |
|---|---|
| Akzo Nobel Coatings, Inc. dba Akzo Nobel Coatings (Columbus) | 13-50563 |
| Applied Industrial Technologies, Inc. | 13-50533 |
| Belmont Petroleum Corporation | 13-50564 |
| Blackie & Sons Excavating & Paving | 13-50603 |
| Bobby D. Bailey dba Bailey Enterprises | 13-50595 |
| Burns Industrial Equipment, Inc. | 13-50609 |
| CBUCK, Inc. | 13-50612 |
| Chesapeake Steel, Inc. | 13-50565 |
| Chrome Deposit Corporation | 13-50627 |
| Clear Span Construction Products LLC | 13-50775 |
| Creative Visions Multi Media Services, LLC dba Creative Visions | 13-50649 |
| CSX Transportation, Inc. | 13-50653 |
| D. Pierce Transportation, Inc. | 13-50598 |
| DWT Logistics, LLC | 13-50657 |
| Eastman Transportation Company dba Eastman Logistics | 13-50610 |
| Electro Power Systems of Utah dba EPSU, Inc. | 13-50621 |
| Enviromark, LLC | 13-50568 |
| Epic Metals Corporation | 13-50617 |
| Fabrication Specialties, Inc. | 13-50625 |
| Falpeg Capital, LLC dba Gooder-Henrichsen Company | 13-50700 |
| General Electric Company dba GE Energy | 13-50569 |
| Genesis Corporation dba World Radio Telecommunications | 13-50561 |
| Global One Transit, Inc. | 13-50697 |
| Hanlon, Estadt, McCormick & Schramm Co., LPA | 13-50706 |
| Hart Corporation | 13-50708 |
| Herman Rossi & Sons, Inc. | 13-50543 |
| Herman Strauss, Inc. | 13-50776 |
| Howard Transportation, Inc. | 13-50600 |
| Howden North America, Inc. and Air-Flow Technologies, Inc. | 13-50713 |
| Kings Company, LLC dba Kings Co. | 13-50622 |
| KMA Manufacturing, Inc. | 13-50624 |
| Litco Automation, Inc. | 13-50628 |
| Loadmaster, Inc. dba Loadmaster Supply Inc. | 13-50576 |
| Magnus International Group, Inc. and Recycling and Treatment Technologies, LLC | 13-50572 |
| Mawson & Mawson, Inc. | 13-50640 |
| Minerd & Sons, Inc. | 13-50647 |
| Oakes Foundry, Inc. | 13-50663 |

| | |
|---|---|
| Ohio Transport Corporation | 13-50667 |
| Ohio Valley Scale & Equipment Corporation | 13-50549 |
| P&S Transportation dba Grayson Mitchell, Inc. | 13-50541 |
| Palmetto Business Park, LP | 13-50672 |
| Peg Hopkins, Inc. dba PHI Environmental Consulting | 13-50551 |
| Pennsylvania Electric Coil, Ltd. | 13-50586 |
| PGT Trucking, Inc. | 13-50589 |
| Polycycle Industrial Products, Inc. | 13-50592 |
| Prothious, Inc. dba Prothious Engineering Services | 13-50552 |
| R & L Trucking, LLC | 13-50607 |
| R T Patterson Company Incorporated | 13-50668 |
| Sarus, Inc. | 13-50675 |
| Sealing Specialists and Service Company | 13-50554 |
| Shippers Supply Company, Inc. | 13-50679 |
| SMS Millcraft, LLC | 13-50556 |
| Superior Forge & Steel Corporation | 13-50683 |
| The Valspar Corporation | 13-50599 |
| The Voto Manufacturers Sales Company | 13-50680 |
| Total Equipment Company | 13-50689 |
| Triangle Gasoline Company of Butler | 13-50596 |
| Tri-State Hydraulics, Inc. | 13-50691 |
| Tube City IMS, LLC | 13-50779 |
| Union Electric Steel Corporation | 13-50676 |
| Universal Industrial Supply, Inc. | 13-50695 |
| Value Added Processing, Inc. | 13-50602 |
| Village of Mingo Junction | 13-50559 |
| Villares Corporation of America Inc. | 13-50605 |
| Vishay Precision Group Canada, ULC dba George Kelk Corporation aka KELK | 13-50639 |
| Wallace Company, Inc. | 13-50682 |
| Warwood Armature Repair Company | 13-50686 |
| Weirton Technical Services, Inc. dba WTS, Inc. | 13-50701 |
| Xtek, Inc. | 13-50562 |

**\* 69 ADVERSARY PROCEEDINGS**

**Exhibit D**

**WP Steel Venture, LLC Case No. 12-11661 (KJC)**

**Summary of Fees and Expenses for the Period**
**From June 1, 2013 through August 31, 2013, unless otherwise specified**

**Hearing: November 26, 2013 at 10:00 a.m. (Eastern Time)**

**Barnes & Thornburg LLP**

A.    Second Quarterly Fee Application Request of Barnes & Thornburg LLP, as Special Litigation Counsel to Debtors and Debtors-In-Possession, for the Period June 1, 2013 Through August 31, 2013 (D.I. 3355, Filed 10/16/13).

   1.    Second Monthly Application of Barnes & Thornburg LLP, as Special Litigation Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2013 Through June 30, 2013 (D.I. 3255, Filed 9/5/13);

   2.    Certificate of No Objection Regarding Second Monthly Application of Barnes & Thornburg LLP, as Special Litigation Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2013 Through June 30, 2013 (D.I. 3200, Filed 9/30/13);

   3.    Third Combined Monthly Application of Barnes & Thornburg LLP, as Special Litigation Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2013 Through August 31, 2013 (D.I. 3291, Filed 9/24/13);

   4.    Certificate of No Objection Regarding Third Combined Monthly Application of Barnes & Thornburg LLP, as Special Litigation Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2013 Through August 31, 2013 (D.I. 3360, Filed 10/17/13); and

   5.    Fee Examiner's Final Report Regarding Second Quarterly Fee Application Request of Barnes & Thornburg LLP (D.I. 3386, Filed 11/1/13).

**Direct Fee Review LLC**

B.    Second Quarterly Fee Application Request of Direct Fee Review LLC as Fee Examiner for the Period June 1, 2013 Through July 31, 2013 (D.I. 3336, Filed 10/9/13).

1.   Ninth Monthly Fee Application of Direct Fee Review LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2013 Through July 31, 2013 (D.I. 3226, Filed 8/16/13); and

2.   Certificate of No Objection Regarding Ninth Monthly Fee Application of Direct Fee Review LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2013 Through July 31, 2013 (D.I. 3262, Filed 9/9/13).

**Huron Consulting Group**

C.   Fourth Interim Application of Huron Consulting Group, as Financial Advisors to the Official Committee of Unsecured Creditors, for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2013 Through May 31, 2013 (D.I. 3398, Filed 11/6/13).

1.   Tenth Monthly Application of Huron Consulting Group, as Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period March 1, 2013 Through March 31, 2013 (D.I. 2869, Filed 4/22/13);

2.   Notice of Huron Consulting Group's Tenth Monthly Application (D.I. 2870, Filed 4/22/13);

3.   Certification of No Objection on Tenth Monthly Application of Huron Consulting Group, as Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period March 1, 2013 Through March 31, 2013 (D.I. 2924, Filed 5/15/13);

4.   Eleventh Monthly Application of Huron Consulting Group, as Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period April 1, 2013 Through April 30, 2013 (D.I. 3041, Filed 6/7/13);

5.   Notice of Huron Consulting Group's Eleventh Monthly Application (D.I. 3042, Filed 6/7/13);

6.   Certification of No Objection on Eleventh Monthly Application of Huron Consulting Group, as Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period April 1, 2013 Through April 30, 2013 (D.I. 3101, Filed 7/1/13);

7.   Twelfth Monthly Application of Huron Consulting Group, as Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim

Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2013 Through May 31, 2013 (D.I. 3154, Filed 7/23/13);

8.      Notice of Huron Consulting Group's Twelfth Monthly Application (D.I. 3155, Filed 7/23/13);

9.      Certification of No Objection on Twelfth Monthly Application of Huron Consulting Group, as Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2013 Through May 31, 2013 (D.I. 3248, Filed 9/3/13); and

10.     Fee Examiner's Final Report Regarding Fourth Interim Fee Application Request of Huron Consulting Group (D.I. 3409, Filed 11/13/13).

D.      Fifth Interim Application of Huron Consulting Group, as Financial Advisors to the Official Committee of Unsecured Creditors, for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2013 Through August 31, 2013 (D.I. 3399, Filed 11/6/13).

1.      Thirteenth Monthly Application of Huron Consulting Group, as Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2013 Through June 30, 2013 (D.I. 3186, Filed 8/2/13);

2.      Notice of Huron Consulting Group's Thirteenth Monthly Application (D.I. 3187, Filed 8/2/13);

3.      Certification of No Objection on Thirteenth Monthly Application of Huron Consulting Group, as Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2013 Through June 30, 2013 (D.I. 3249, Filed 9/3/13);

4.      Fourteenth Monthly Application of Huron Consulting Group, as Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2013 Through July 31, 2013 (D.I. 3286, Filed 9/23/13);

5.      Notice of Huron Consulting Group's Fourteenth Monthly Application (D.I. 3287, Filed 9/23/13);

6.      Certification of No Objection on Fourteenth Monthly Application of Huron Consulting Group, as Financial Advisors to the Official Committee of Unsecured

Creditors, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2013 Through July 31, 2013 (D.I. 3366, Filed 10/21/13);

7.    Fifteenth Monthly Application of Huron Consulting Group, as Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2013 Through August 31, 2013 (D.I. 3288, Filed 9/23/13);

8.    Notice of Huron Consulting Group's Fifteenth Monthly Application (D.I. 3289, Filed 9/23/13);

9.    Certification of No Objection on Fifteenth Monthly Application of Huron Consulting Group, as Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2013 Through August 31, 2013 (D.I. 3367, Filed 10/21/13); and

10.    Fee Examiner's Final Report Regarding Fifth Interim Fee Application Request of Huron Consulting Group (D.I. 3410, Filed 11/13/13).

**Kramer Levin Naftalis & Frankel LLP**

E.    Fifth Interim Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period June 1, 2013 Through August 31, 2013 (D.I. 3377, Filed 10/25/13).

1.    Thirteenth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2013 Through June 30, 2013 (D.I. 3184, Filed 8/2/13);

2.    Notice of Kramer Levin Naftalis & Frankel LLP's Thirteenth Monthly Application (D.I. 3185, Filed 8/2/13);

3.    Certification of No Objection Regarding Thirteenth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2013 Through June 30, 2013 (D.I. 3242, Filed 8/30/13);

4.    Fourteenth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses

as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2013 Through July 31, 2013 (D.I. 3258, filed 9/6/13);

5.    Notice of Kramer Levin Naftalis & Frankel LLP's Fourteenth Monthly Application (D.I. 3259, Filed 9/6/13);

6.    Certification of No Objection Regarding Fourteenth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2013 Through July 31, 2013 (D.I. 3362, Filed 10/18/13);

7.    Fifteenth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2013 Through August 31, 2013 (D.I. 3309, Filed 10/2/13);

8.    Notice of Kramer Levin Naftalis & Frankel LLP's Fifteenth Monthly Application (D.I. 3310, Filed 10/2/13);

9.    Certification of No Objection Regarding Fifteenth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2013 Through August 31, 2013 (D.I. 3376, Filed 10/25/13); and

10.    Fee Examiner's Final Report Regarding Fifth Interim Fee Application Request of Kramer Levin Naftalis & Frankel LLP (D.I. 3389, Filed 11/4/13).

**Morris, Nichols, Arsht & Tunnell LLP**

F.    Fifth Quarterly Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel to Debtors and Debtors In Possession, for the Period June 1, 2013 Through August 31, 2013 (D.I. 3317, Filed 10/4/13).

1.    Thirteenth Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2013 Through June 30, 2013 (D.I. 3134, Filed 7/15/13);

2.    Certificate of No Objection Regarding Thirteenth Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2013 Through June 30, 2013 (D.I. 3203, Filed 8/7/13);

3.      Fourteenth Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2013 Through July 31, 2013 (D.I. 3230, Filed 8/19/13);

4.      Certificate of No Objection Regarding Fourteenth Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2013 Through July 31, 2013 (D.I. 3311, Filed 10/2/13);

5.      Fifteenth Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2013 Through August 31, 2013 (D.I. 3276, Filed 9/16/13);

6.      Certificate of No Objection Regarding Fifteenth Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2013 Through August 31, 2013 (D.I. 3335, Filed 10/9/13); and

7.      Fee Examiner's Final Report Regarding Fifth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP (D.I. 3373, Filed 10/24/13).

**Saul Ewing LLP**

G.      Fifth Interim Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2013 Through August 31, 2013 (D.I. 3380, Filed 10/30/13).

1.      Thirteenth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from June 1, 2013 Through June 30, 2013 (D.I. 3195, Filed 8/5/13);

2.      Notice of Saul Ewing LLP's Thirteenth Monthly Application (D.I. 3196, Filed 8/5/13);

3.      Certification of No Objection Regarding Thirteenth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for

Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from June 1, 2013 Through June 30, 2013  (D.I. 3240, Filed 8/29/13);

4.    Fourteenth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from July 1, 2013 Through July 31, 2013 (D.I. 3268, Filed 9/12/13);

5.    Notice of Saul Ewing LLP's Fourteenth Monthly Application (D.I. 3269, Filed 9/12/13);

6.    Certification of No Objection Regarding Fourteenth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from July 1, 2013 Through July 31, 2013 (D.I. 3328, Filed 10/8/13);

7.    Fifteenth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from August 1, 2013 Through August 31, 2013 (D.I. 3330, Filed 10/8/13);

8.    Notice of Saul Ewing LLP's Fifteenth Monthly Application (D.I. 3331, Filed 10/8/13);

9.    Certification of No Objection Regarding Fifteenth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from August 1, 2013 Through August 31, 2013  (D.I. 3379, Filed 10/30/13); and

10.    Fee Examiner's Final Report Regarding Fifth Interim Fee Application Request of Saul Ewing LLP (D.I. 3403, Filed 11/11/13).

**Willkie Farr & Gallagher LLP**

H.    Fifth Quarterly Fee Application Request of Willkie Farr & Gallagher LLP, as Bankruptcy Counsel for Debtors and Debtors-In-Possession, for the Period June 1, 2013 Through August 31, 2013 (D.I. 3345, Filed 10/14/13).

1.    Thirteenth Monthly Application of Willkie Farr & Gallagher LLP, as Bankruptcy Co-Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2013 Through June 30, 2013 (D.I. 3169, Filed 7/25/13);

2.    Certificate of No Objection Regarding Thirteenth Monthly Application of Willkie Farr & Gallagher LLP, as Bankruptcy Co-Counsel to Debtors and Debtors In

Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2013 Through June 30, 2013 (D.I. 3228, Filed 8/19/13);

3.      Fourteenth Monthly Application of Willkie Farr & Gallagher LLP, as Bankruptcy Co-Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2013 Through July 31, 2013 (D.I. 3241, Filed 8/29/13);

4.      Certificate of No Objection Regarding Fourteenth Monthly Application of Willkie Farr & Gallagher LLP, as Bankruptcy Co-Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2013 Through July 31, 2013 (D.I. 3283, Filed 9/20/13);

5.      Fifteenth Monthly Application of Willkie Farr & Gallagher LLP, as Bankruptcy Co-Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2013 Through August 31, 2013 (D.I. 3306, Filed 9/13/13);

6.      Certificate of No Objection Regarding Fifteenth Monthly Application of Willkie Farr & Gallagher LLP, as Bankruptcy Co-Counsel to Debtors and Debtors In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2013 Through August 31, 2013 (D.I. 3372, Filed 10/23/13); and

7.      Fee Examiner's Final Report Regarding Fifth Interim Fee Application Request of Willkie Farr & Gallagher LLP (D.I. 3395, Filed 11/5/13).

7750346.1